# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| JASON LEE DETHLOFF, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:14-CV-5066-LRS |
| DEPARTMENT OF STATE | ) | |
| | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   This matter came on before the Honorable Senior U.S. District Court Judge Lonny R. Suko on Petitioner's Petition for Writ of Mandamus.  Because the relief Petitioner/Plaintiff seeks is discretionary, the Petition for Writ of Mandamus is denied.  Judgment is hereby entered in favor of Defendant Department of State.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  July 14, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb